

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-20-00067-CV

| | | |
|---|---|---|
| NORTHWEST INDEPENDENT SCHOOL DISTRICT, Appellant | § | On Appeal from the 153rd District Court |
| | § | of Tarrant County (153-315355-20) |
| V. | § | August 20, 2020 |
| K.R. AND B.R., INDIVIDUALLY AND AS PARENTS AND NEXT FRIENDS OF C.R., A MINOR CHILD, Appellees | § | Opinion by Justice Womack |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's order. It is ordered that the trial court's order denying Northwest Independent School District is reversed, and we render a judgment dismissing K.R. and B.R.'s claims.

It is further ordered that appellees K.R. and B.R. shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By /s/ Dana Womack
     Justice Dana Womack